EMPIRE MUTUAL INSURANCE COMPANY, Appellant, v. EUGENE MCLAUGHLIN et al., Respondents.—

Present — Goldman, P. J., Del Vecchio, Witmer, Bastow and Henry, JJ.